FILED

08 APR 16 PM 4:29

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. FELIX IBARRA, Defendant. | Criminal Case No. '08 CR 1194 JAH<br>I N D I C T M E N T<br>Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana; Title 21, U.S.C., Sec. 841(a)(1) - Possession of Marijuana with Intent to Distribute |

The grand jury charges:

Count 1

On or about February 8, 2008, within the Southern District of California, defendant FELIX IBARRA did knowingly and intentionally import approximately 46.94 kilograms (approximately 103.27 pounds) of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

//

//

//

//

CEM:em:Imperial
4/10/08

Count 2

On or about February 8, 2008, within the Southern District of California, defendant FELIX IBARRA did knowingly and intentionally possess, with intent to distribute, approximately 46.94 kilograms (approximately 103.27 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: April 16, 2008.

A TRUE BILL:

Foreperson

KAREN P. HEWITT
United States Attorney

By:
CALEB E. MASON
Assistant U.S. Attorney