FILED

08 APR 16 PM 4:30

DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX IBARRA,<br>Defendant. | Criminal Case No. '08 CR 1194 JAH<br><br>NOTICE OF RELATED CASE |

TO THE CLERK OF THE COURT:

Please take notice that the above-entitled case is related to United States of America v. Felix Ibarra, Criminal Case No. 08CR0709-JAH.

DATED: April 16, 2008.

KAREN P. HEWITT
United States Attorney

Caleb Mason

CALEB E. MASON
Assistant U.S. Attorney