**SHAFFY MOEEL**
California State Bar No. 238732
**FEDERAL DEFENDERS OF SAN DIEGO, INC.**
225 Broadway, Suite 900
San Diego, CA 92101-5008
(619) 234-8467/Fax: (619) 687-2666
E-Mail: shaffy_moeel@fd.org

Attorneys for Mr. Ibarra

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE JOHN A. HOUSTON)**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**FELIX IBARRA**,<br><br>Defendant. | Case No. 08CR1194-JAH<br><br>**NOTICE OF MOTIONS AND MOTIONS TO:**<br><br>**(1) PRESERVE AND INSPECT EVIDENCE** |

Defendant, Felix Ibarra, by and through his attorneys, Shaffy Moeel and Federal Defenders of San Diego, Inc., hereby moves this Court for an order to preserve all evidence related to this case, to allow her to inspect all evidence related to this case, and to re-weigh the drugs.

Respectfully submitted,

DATED: May 19, 2008

*/s/ Shaffy Moeel*
**SHAFFY MOEEL**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Ibarra

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Alessandra Serano**
Assistant United States Attorney

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

Dated: May 22, 2008

*/s/ Shaffy Moeel*

SHAFFY MOEEL
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
e-mail: Shaffy_Moeel@fd.org