FILED

AUG 11 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FELIX IBARRA ,<br>Defendant. | Criminal Case No. 08CR1194-JAH<br>INFORMATION<br>**[superseding]**<br>Title 18, U.S.C., Sec. 1001(a)<br>False Statement to Federal Officer |

The United States Attorney charges:

On or about February 8, 2008, within the Southern District of California, defendant FELIX IBARRA, in a matter within the jurisdiction of the United States Department of Homeland Security, Customs and Border Protection, a department and agency of the United States, did knowingly and willfully make false, fictitious and fraudulent statements and representations as to material facts in that he did represent and state to Customs and Border Protection Officer F. Hernandez that he (1) he had nothing to declare upon his entry into the United States from Mexico and (2) he knew the owner of the vehicle he was driving, whereas in truth and fact, as defendant then and there well knew that these statements and representations were false, fictitious and fraudulent when made; in violation of Title 18, United States Code, Section 1001(a).

DATED: 8-11-08.

KAREN P. HEWITT
United States Attorney

ALESSANDRA P. SERANO
Assistant U.S. Attorney