AO 455(Rev. 5/85) Waiver of Indictment

FILED
AUG 11 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA

v.

FELIX IBARRA

WAIVER OF INDICTMENT

CASE NUMBER: 08CR1194-JAH

I, Felix Ibarra, the above named defendant, who is accused of violating Title 18, United States Code, Section 1001– False Statement to a Federal Officer, a felony, being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 8/11/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Felix Ibarra
Defendant

[signature]
Counsel for Defendant

Before [signature]
JUDICIAL OFFICER